# IN THE UNITED STATED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR REPERFORMING LOAN TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES,** § § § § § § | |
| **Plaintiff,** § | **Civil Action No. 4:20-cv-976** |
| § § | |
| **v.** § § | |
| **JESSICA KELLY, KIERSTEN KELLY, AND CLAYTON KELLY,** § § § § | |
| **Defendants.** § | |

## ORDER CANCELLING INITIAL SCHEDULING CONFERENCE HEARING

CAME ON TO BE CONSIDERED Plaintiff HSBC Bank USA, National Association as Trustee for Mastr Reperforming Loan Trust 2005-2 Mortgage Pass-Through Certificates' Second Motion to Cancel Initial Scheduling Conference Hearing. The motion is GRANTED and the initial conference hearing, set for August 11, 2021 is CANCELLED.

Signed on _____, 2021, at Houston, Texas.

_____
**UNITED STATES DISTRICT JUDGE**