United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| HSBC Bank USA, National Association As Trustee For Mastr Reperforming Loan Trust 2005−2 Mortgage Pass−Through Certificates | § § | |
| v. | § § | Civil Action 4:20−cv−00976 |
| Jessica Kelly, et al. | § | |

Notice of Referral

The following motion is referred to Magistrate Judge Frances H. Stacy:

Motion for Miscellaneous Relief − #29

Date: August 5, 2021.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk